United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 16-15132-elf

Mary Melendez-Torres  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3

Date Rcvd: Dec 16, 2021      Form ID: 138OBJ      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Melendez-Torres, 2755 Coral Street, Philadelphia, PA 19134-4039 |
| 13792114 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13770301 | + | Citizens Bank Credit card, P.O Box 42010, Providence, RI 02940-2010 |
| 14082624 | + | Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13812832 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13785361 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 13770308 | + | Wells Fargo, P.O. Box 30086, Los Angeles, CA 90030-0086 |
| 14565581 | + | Wells Fargo Bank, N.A., c/o Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Lauren, NJ 08054-1218 |
| 13840764 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14003286 | #+ | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 16 2021 23:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 16 2021 23:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 16 2021 23:25:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13770302 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2021 23:35:28 | Best Buy, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 13770295 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 16 2021 23:25:00 | Citizens Bank, 1 Citizens Drive, ROP15B, Riverside R.I.02915 |
| 13846266 | + | Email/Text: megan.harper@phila.gov | Dec 16 2021 23:25:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13770309 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2021 23:35:24 | Citibank, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 13770311 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2021 23:35:28 | Macy's, P.O. Box 9001094, Louisville, KY 40290 |
| 13837148 | | Email/Text: bnc-quantum@quantum3group.com | Dec 16 2021 23:25:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13770300 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2021 23:35:22 | JC Penney, P.O Box 9600, Orlando Fl 32896-0001 |
| 13770306 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

Case 16-15132-elf  Doc 83  Filed 12/18/21  Entered 12/19/21 00:28:54  Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 16, 2021 | Form ID: 138OBJ | Total Noticed: 30 |

| | | | |
|---|---|---|---|
| 13812503 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2021 23:25:00 | Kohls, P.O Box 2983, Milwaukee, WI 53201-2983 |
| | | Dec 16 2021 23:35:28 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13821869 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2021 23:35:23 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13774970 | Email/Text: bnc-quantum@quantum3group.com | Dec 16 2021 23:25:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13778976 | Email/PDF: rmscedi@recoverycorp.com | Dec 16 2021 23:35:31 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13770307 | + Email/PDF: gecsedi@recoverycorp.com | Dec 16 2021 23:35:22 | Sams Club, P.O. Box 960013, Orlando, FL 32896-0013 |
| 13770304 | + Email/PDF: gecsedi@recoverycorp.com | Dec 16 2021 23:35:23 | ToysRUS, P.O. Box 530939, Atlanta, GA 30353-0939 |
| 13770310 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 16 2021 23:25:00 | Victoria Secret, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 13770305 | + Email/PDF: gecsedi@recoverycorp.com | Dec 16 2021 23:35:23 | Walmart, P.O Box 960024, Orlando, FL 32896-0024 |
| 13770303 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2021 23:35:28 | Wawa, P.O. Box 9001037, Louisville, KY 40290-1037 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 18, 2021                Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DIANE E. BARR | on behalf of Debtor Mary Melendez-Torres thelawofficeofdianebarr@yahoo.com  dbarrcg@aol.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 16, 2021 | Form ID: 138OBJ | Total Noticed: 30 |

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

PAMELA ELCHERT THURMOND
    on behalf of CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT pamela.thurmond@phila.gov
    edelyne.jean-baptiste@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Mary Melendez−Torres
        Debtor(s)

Case No: 16−15132−elf
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/16/21