| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br>Mary Melendez-Torres | Case Number:<br>2:2016-bk-15132 | |
| Name of Creditor:<br>Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br><br>Prior notice address:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br>Telephone Number: 800-274-7025 | | ___ Check this box if you are changing the address that payments will go to. |
| 1. **Account Number: 0946  UCID: WFCMGE1615132PAE77220946** | | ___ Check this box if the account number has changed. |
| 2. **Court Claim Number: 13** | | |
| 3. **Signature:**<br><br>**Check the appropriate box.**<br>X  I am the creditor.<br>    I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>    I am the trustee, or the debtor.<br>    I am a guarantor, surety, endorser, or other codebtor.<br><br>By:  /s/ Karen Sue Branas         Date: 01/13/2022<br>      VP Loan Documentation | | |

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          CASE NO.:    16-15132

**Mary Melendez-Torres**                   CHAPTER:    13

          **Debtor(s).**

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on or before January 13, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                      *By U.S. Postal Service First Class Mail Postage Prepaid:*

Mary Melendez-Torres
2755 Coral Street
Philadelphia, PA 19134

*Debtor's Attorney:*          *By CM / ECF Filing:*

DIANE E. BARR
The Law Office of Diane E. Barr
24 Veterans Square
Media, PA 19063

*Trustee:*                    *By CM / ECF Filing:*

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

                                                                       /s/ John Shelley
                                               _____

InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)